UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPARACINO PLLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED SPACE DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, )<br>)<br>Defendant. )<br>) | Civil Action No. 19-1175 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated May 5, 2020, the parties, by and through their undersigned counsel, respectfully submit the following joint status report in this Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") matter.

1. Plaintiff Sparacino PLLC initiated the instant action on April 23, 2019, against Defendant U.S. Department of Health and Human Services ("HHS" or the "agency") under FOIA. This action involves four FOIA requests that Plaintiff submitted to HHS between February 5 and February 20, 2019. *See* Compl. ¶ 12 (Apr. 23, 2019), ECF No. 1. Defendant answered the Complaint on May 30, 2019. *See* ECF No. 9.

2. In their status report filed on February 21, 2020, *see* ECF No. 21, the parties identified the following updated search results:

**Request F-2019-00540**

    a. Search String 1 initially hit on 78 items, totaling 2,213 pages. As subsequently revised by the parties, Search String 1 includes 73 items, totaling 1,045 pages.\*

    b. Search String 2 hit on 37 items, totaling 952 pages.

    c. Search String 3 initially hit on 374 items, totaling 27,908 pages. As subsequently revised by the parties, Search String 3 includes 27 items, totaling 519 pages.

**Request F-2019-00551**

    a. Search String 1 hit on 6 items, totaling 119 pages.

    b. Search String 2 hit on 0 items.

    c. Search String 3 hit on 9 items, totaling 113 pages.

    d. Search String 4 initially hit on 24 items, totaling 3,261 pages. As subsequently revised by the parties, Search String 4 includes 4 items, totaling 192 pages.

**Request F-2019-00620**

    a. Search String 1 hit on 0 items.

    b. Search String 2 hit on 0 items.

    c. Search String 3 hit on 0 items.

    d. Search String 4 hit on 2 items, totaling 108 pages.

    e. Search String 5 hit on 0 items.

    f. Search String 6 hit on 3 items, totaling 60 pages.

---

\* To narrow the number of records for agency review, the agency provided a list of file names for Search Strings 1 and 3 for Request F-2019-00540 and Search String 4 for Request F-2019-00551. Plaintiff then provided the agency with a markup of that list indicating which files could be excluded from the agency's review.

      g.  Search String 7 hit on 0 items.

      h.  Search String 8 hit on 1 item, totaling 4 pages.

      d.  Search String A hit on 12 items, totaling 248 pages.

      e.  Search String B hit on 14 items, totaling 917 pages.

The agency agrees to process the records captured by these searches.

3.     In the parties' May 4, 2020 status report, the parties informed the Court that the agency would continue processing at least 500 pages per month with respect to F-2019-00540, F-2019-00551 and F-2019-00620.  The parties also informed the Court that Plaintiff disagrees with agency withholding determinations and reserves the right to challenge them.  Plaintiff continues to reserve the right to challenge such withholdings.

4.     The parties further informed the Court that the parties were continuing to discuss the agency's determination that certain documents are non-responsive.  Those conversations are ongoing, and Plaintiff continues to reserve the right to challenge such determinations for all productions.

5.     On May 8, 2020, HHS informed Plaintiff that it had completed its processing of the potentially responsive records it had identified earlier than expected due to a large number of duplicative records.

6.     On June 3, 2020, Plaintiff posed specific questions to HHS regarding the counting of duplicative and nonresponsive pages and regarding potential amendments to Plaintiff's Complaint, which HHS is still considering.  The parties intend to meet and confer concerning these issues and to provide an agreed-upon updated case schedule (or competing proposals) in the next status report.

7. With respect to Request F-2019-00546, Plaintiff reserves the right to challenge the adequacy of the agency's searches.

8. The parties have proposed and the Court adopted the following schedule for the next stages of this case, *see* ECF No. 21 ¶ 7; Feb. 21, 2020 Minute Order:

   a. The agency will complete processing all records by September 25, 2020.

   b. The agency will provide Plaintiff with a *Vaughn* index describing and justifying any withholdings and an affidavit describing its searches by October 26, 2020.

   c. Plaintiff will inform the agency of any withholdings or searches it intends to challenge by November 2, 2020.

   d. The parties will meet and confer to narrow or eliminate any disagreement and, by July 16, 2020, will submit a joint status report: (i) informing the Court of any issues remaining in dispute or advising that the case has been resolved, and if necessary, (ii) proposing a schedule for summary judgment briefing.

9. The parties propose submitting a further status report, on or before July 16, 2020.

Dated: June 8, 2020
Washington, DC

                                          Respectfully submitted,

                                          MICHAEL R. SHERWIN
                                          Acting United States Attorney

                                          DANIEL F. VAN HORN, D.C. Bar # 924092
                                          Chief, Civil Division

                                          By: */s/ Patricia McBride*
                                          PATRICIA MCBRIDE
                                          Assistant United States Attorney
                                          555 Fourth Street, N.W. - Civil Division
                                          Washington, D.C. 20530
                                          (202) 252-7123 (phone)
                                          Patricia.McBride@usdoj.gov

*Attorneys for the United States*

/s/ *Joshua D. Branson*
Joshua D. Branson (D.C. Bar No. 981623)
Andrew E. Goldsmith (D.C. Bar No. 1007074)
Matthew M. Duffy (D.C. Bar No. 1031257)
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com
mduffy@kellogghansen.com

*Attorneys for Plaintiff*