UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPARACINO PLLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, )<br>)<br>Defendant. )<br>) | Civil Action No. 19-1175 (JEB) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated June 9, 2020, the parties, by and through their undersigned counsel, respectfully submit the following joint status report in this Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") matter.

1. Plaintiff Sparacino PLLC initiated the instant action on April 23, 2019, against Defendant U.S. Department of Health and Human Services ("HHS" or the "agency") under FOIA. This action involves four FOIA requests that Plaintiff submitted to HHS between February 5 and February 20, 2019.  *See* Compl. ¶ 12 (Apr. 23, 2019), ECF No. 1.  Defendant answered the Complaint on May 30, 2019.  *See* ECF No. 9.

2. As stated in the parties' last status report, filed on June 8, 2020, HHS indicated that it completed processing and production for the four requests at issue earlier than expected due to the number of duplicative pages it reviewed.  *See* ECF No. 24.  Since the last status report, HHS has provided Plaintiff with additional information about its productions and the number of pages produced.  Plaintiff reserves the right to challenge the agency's searches and the completeness of its productions.

3. Plaintiff also continues to reserve the right to challenge the agency's withholding determinations.

4. The parties are continuing to discuss the agency's determination that certain documents are non-responsive, and Plaintiff continues to reserve the right to challenge such determinations for all productions.

5. The parties are also continuing to discuss potential amendments to Plaintiff's Complaint.

6. The parties intend to meet and confer concerning these outstanding issues and to provide an agreed-upon updated case schedule (or competing proposals) in the next status report, to modify the schedule below, which the Court previously adopted (ECF No. 21 ¶ 7; Feb. 21, 2020 Minute Order):

   a. The agency will complete processing all records by September 25, 2020.

   b. The agency will provide Plaintiff with a *Vaughn* index describing and justifying any withholdings and an affidavit describing its searches by October 26, 2020.

   c. Plaintiff will inform the agency of any withholdings or searches it intends to challenge by November 2, 2020.

   d. The parties will meet and confer to narrow or eliminate any disagreement and, by November 16, 2020, will submit a joint status report: (i) informing the Court of any issues remaining in dispute or advising that the case has been resolved, and if necessary, (ii) proposing a schedule for summary judgment briefing.

7. The parties propose submitting a further status report, on or before August 17, 2020.

Dated: July 16, 2020
      Washington, DC

    Respectfully submitted,

    MICHAEL R. SHERWIN
    Acting United States Attorney

    DANIEL F. VAN HORN, D.C. Bar # 924092
    Chief, Civil Division

    By: */s/ Patricia McBride*
    PATRICIA MCBRIDE
    Assistant United States Attorney
    555 Fourth Street, N.W. - Civil Division
    Washington, D.C. 20530
    (202) 252-7123 (phone)
    Patricia.McBride@usdoj.gov

*Attorneys for the United States*

/s/ Joshua D. Branson
Joshua D. Branson (D.C. Bar No. 981623)
Andrew E. Goldsmith (D.C. Bar No. 1007074)
Matthew M. Duffy (D.C. Bar No. 1031257)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com
mduffy@kellogghansen.com

*Attorneys for Plaintiff*